AO 91 (Rev. 5/85) Criminal Complaint

ORIGINAL

# United States District Court

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 13 2005

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

HALEEM BABAR

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05-MJ-1667

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

> Beginning in October 2005, the above-listed defendant, using facilities and means of interstate commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in criminal sexual activity, that is, child molestation (O.C.G.A. § 16-6-4),

in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

*SEE ATTACHED AFFIDAVIT.*

Continued on the attached sheet and made a part hereof.     (X) Yes     ( ) No

_____
Signature of Complainant
Stephen Paganucci

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence:

13 December 2005                    at    Atlanta, GA
Date                                      City and State

Joel M. Feldman
United States Magistrate Judge            _____
Name and Title of Judicial Officer        Signature of Judicial Officer

AUSA McBurney

**AFFIDAVIT IN SUPPORT OF 1:05-MJ-1667**

I, STEPHEN E. PAGANUCCI, being duly sworn, hereby state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for approximately eight years. I am currently assigned to the Cybercrime Squad where I head the Safe Child Task Force. My primary responsibility is investigating the sexual exploitation of children. I have received training from the FBI in the areas of child pornography, pedophilic behavior, and child molestation. I have been involved in seizures and investigations relating to the illegal distribution of child pornography. I have participated in the execution of search warrants and seized evidence that relates to violations of child pornography/child exploitation statutes. I have participated in investigations in which a computer was used to commit violations involving the sexual exploitation of children; the production, receipt, distribution, possession, trafficking of child pornography; the transmitting of obscene material; interstate transportation of an individual for illegal sexual activity; the inducement and enticement of a minor to travel in interstate commerce to engage in illegal sexual activity with a person; the inducement and enticement of a minor by use of an interstate facility to engage in illegal sexual activity with a person; and the interstate transportation for the purpose of engaging in illegal sexual activity with a minor. I know the following principally based on information obtained from other law enforcement officers.

2. This affidavit is made in support of my belief that there is probable cause to believe that Haleem BABAR, also known as Jarred Hall, L1ghtn1ngQu1ck, DoubleHighOnHIgh and Investersinphandle (all on-line monikers), has committed a violation of 18 USC § 2422(b) (coercion and enticement of a minor). This affidavit contains information to support my claim of probable cause but is not intended to convey all of the facts of the entire investigation.

**THE INVESTIGATION**

3. On October 23, 2005, a citizen reported to the FBI an online conversation she had had with an individual using the name "L1ghtn1ngQu1ck." In the October 22, 2005, conversation, recorded and provided by the citizen, L1ghtn1ngQu1ck wrote to the citizen (using username ASF32877) that he is currently involved in a sexual relationship with a 12-year-old girl. L1ghtn1ngQu1ck stated that he runs a family investment business involving real estate. L1ghtn1ngQu1ck told ASF32877 that the girl in question lives with her aunt in a property that he owns. The girl's aunt gives him sexual access to the child in exchange for a reduced rental rate. In the

chat, L1ghtn1ngQu1ck wrote that he is looking for someone "very young" with whom he can regularly have sex. L1ghtn1ngQu1ck wrote that he has been with four different children within the last three years. L1ghtn1ngQu1ck told ASF32877 that he had paid a young girl's cousin $400 each month for regular access to the young girl for purposes of having sexual contact with her. L1ghtn1ngQu1ck ended the conversation by suggesting to ASF32877 that he would pay her money for sexual access to her child.

4. On October 23, 2005, L1ghtn1ngQu1ck again contacted ASF32877. As before, L1ghtn1ngQu1ck wrote about his sexual experiences with young girls and his desire to find other girls for sex. He offered ASF32877 "$400 or so every two weeks" for sexual access to her daughter. L1ghtn1ngQu1ck described his patience with and techniques for seducing children. L1ghtn1ngQu1ck suggested that he, ASF32877 and her child could have a "3way." L1ghtn1ngQu1ck suggested meeting ASF32877 and her daughter at a mall.

5. On October 24, 2005, ASF32877 was contacted while she was on-line by someone with the screen-name "DoubleHighOnHigh". DoubleHighOnHigh referred to himself as "Jarred" and the owner of the "lightningquick" account. Jarred inquired about his suggestion that ASF32877 prostitute her child to him. ASF32877 declined to become involved, but informed him about and gave him contact information for a woman named Kate (actually an FBI undercover agent). Jarred asked ASF32877 information about Kate, her children and whether or not Kate could be trusted.

6. Approximately forty-five minutes after the chat between Jarred and ASF32877 ended, Yahoo! Account "Investersinphandle", belonging to "Jarred Hall", sent a message to Kate's e-mail account. In the message titled "Your AOL Friend's Friend," Jarred wrote:

> Hi there,
>     My AOL friend told me she has spoken toyou about your girls (nieces and your girl). Just sendin you an email so start off. Can you provide details of your girls and what my friend talked to you about what I am looking for? ok bye.  Jarred

7. In the ensuing e-mail and on-line chat conversations between Jarred and Kate, it was established that Jarred was interested in paying for sexual contact with either Kate's 9-year-old daughter (Kelly) or her 14-year-old niece.

8. Jarred requested photos of the children for evaluation. Kate did not fulfill all of Jarred's requests and refused some of his suggestions. On November 5, 2005, Jarred communicated to Kate that the situation was too complicated and that he was no longer interested.

Kate replied "OK…were here if you want us." No other communication occurred until November 23, 2005, when Jarred sent Kate the message: "Ur gurl available Fri?" Dialog between Kate and Jarred continued. As before, Jarred requested photos of Kelly. On December 8, 2005, Kate provide Jarred with a telephone number.

9. Several minutes after receiving Kate's telephone number, Jarred called an undercover officer playing the role of Kate. In the conversation Jarred told Kate that he was "considering" beginning a long term sexual relationship with Kelly, Kate's supposed daughter. I believe, based on my experience and training, that Jarred wanted photos and to speak with the child before he committed to anything because he recognized the danger of initiating such a relationship with an unknown person. Kate and Jarred also spoke of money. When Kate told Jarred that her daughter was a virgin, he inquired what the price would be for him to have intercourse with her. Jarred spoke of Lauren, a child approximately 10 years old with whom he was sexually active. Jarred told Kate that it takes several sessions of attempted intercourse with a small child before he is able to successfully and completely penetrate the child's vagina. In speaking about his sexual experiences with children Jarred said:

> I love, like getting on them and just seeing like their facial expressions, its just fucking amazing… I actually, I had like couple of them crying when I was like fucking them, it was to me, it was just beautiful... The first few times it hurts them so they just haveta kinda gotta get used to it and stuff.

10. Jarred went on to tell Kate that he normally anally rapes female children because his relatively large penis could permanently damage a small girl's vagina. Jarred acknowledged that this act was more painful to the child but reasoned that it was the lesser of two evils. Jarred suggested that they meet the following weekend at a mall or theater. Again, Jarred wished to see a photo of Kelly and to speak on the phone. He said: "I don't see the point in meeting and all that if I don't know what the girl looks like, if she even exists."

11. Following the conversation, Kate e-mailed a photograph of a female child to Jarred. The digital image was titled "kell.jpg". Jarred responded by sending a photo of himself. The photo was titled "Jrdh0703.jpg".

12. On December 10, 2005, Jarred again called Kate. In this conversation, Jarred suggested that Kate, Kelly and he meet some time on December 14, 2005. Once again, he wanted to speak with the child. Jarred was unsure if he would commit to the proposed arrangement. He said that if he decides to continue, "I wanna make sure she (Kelly) is ready to fuck."

**SUBPOENAED INFORMATION**

13. On November 1, 2005, a subpoena was issued to Yahoo! regarding the user account INVESTERSINPHANDLE. Yahoo!'s November 8, 2005, response indicated that the account was created on October 24, 2005, from IP address 24.98.224.46. This creation time is less than one hour after ASF3277 gave Kate's email address to DoubleHighOnHigh. All ten subsequent accesses to the Yahoo! account were connections from IP address 24.98.224.46.

14. On November 13, 2005 a subpoena was issued to America Online (AOL) regarding the user account DOUBLEHIGHONHIGH. AOL's December 2, 2005, response indicated that on November 22, 2005, the day that DOUBLEHIGHONHIGH first contacted ASF3277, the account was accessed from IP address 24.98.224.46.

15. On November 13, 2005, a subpoena was issued to Comcast regarding IP address 24.98.224.46. In its reply, Comcast indicated that the IP address 24.98.224.46, at a pertinent and corresponding date and time, was assigned to the residential internet account of Haleem and Tara BABAR, 523 Keeneland Avenue, Woodstock, Georgia. Comcast had registered the e-mail address of Calibergroup@comcast.net.

16. A web search of Calibergroup@comcast.net revealed a rental home in Roswell, Georgia, that was being offered by a H. BABAR. Public records indicate that Haleem BABAR is the registered agent of Caliber Group, LLC and lists his address as 523 Keeneland Avenue, Woodstock, Georgia.

**SEARCH OF BABAR'S RESIDENCE AND PROPERTY**

17. On December 13, 2005 a federal search warrant was executed at 523 Keeneland Avenue, Woodstock, Georgia. Haleem BABAR was present in the home at the time of the search. BABAR told agents that he lived alone in the home with the exception of occasional visits by his wife. During the search of the home it did not appear that any female items (clothing, toiletries, etc.) were within the home. BABAR reported, and evidence was found, that he was employed by Caliber Group.

18. Following the search, a brief and informal review of one of the computers found in the home was performed. On the hard drive, evidence was found indicating that the computer was used to communicate via Yahoo! Messenger using the account Investersinphandle. This is the account ID that "Jarred" used to communicate with the undercover FBI agent. A photograph titled Jrdh0703.jpg was found on the computer. It appeared to be the same digital image that Jarred had e-mailed to Kate on December 8, 2005. A link to a deleted photo image file named kell.jpg was also found. Both the Jrdh0703.jpg and kell.jpg image

files were last viewed by the computer's operator on December 8, 2005.

19. The FBI undercover agent who had played the role of Kate and had talked with Jarred on the telephone reported that she was certain that the voice of Jarred and Haleem BABAR were one and the same. From my review of the audio recordings of the conversations, it is my belief that BABAR is the individual who spoke with Kate and used the alias of Jarred.

20. Based on the above information I believe that Haleem BABAR of Woodstock, Georgia, has committed a violation of 18 USC § 2422(b) (coercion and enticement of a minor) and that a complaint should be issued for same.